An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM PERCIVAL, AN INDIVIDUAL; PHILIP PERCIVAL, AN INDIVIDUAL; AMERICAN GYPSUM, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; PPP, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; DESERT GYPSUM RESOURCES, LLC, A NEVADA LIMITED LIABILITY CORPORATION; THE OFFICE OF THE PRESIDING ALMONER OF THE HOUSE OF PERCIVAL AND HIS SUCCESSORS, A NEVADA CORPORATION SOLE; THE OFFICE OF THE PRESIDING REGENT OF PROSPERITY FELLOWSHIP AND HIS SUCCESSORS, A NEVADA CORPORATION SOLE; AND THE OFFICE OF THE PRESIDING REGENTS OF THE CHRISTIAN AGRICULTURAL APOSTOLIC COLLEGE AND HIS SUCCESSORS, A NEVADA CORPORATION SOLE,
Appellants,
vs.
RENATO BALANGUE, AN INDIVIDUAL; ELIZABETH BALANGUE, AN INDIVIDUAL; MK143 TRUST, AN IRREVOCABLE TRUST; AND ZALATHIEL AGUILA, TRUSTEE FOR MK143 TRUST,
Respondents.

No. 64540

FILED

AUG 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court default judgment as to certain defendants. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 25271

Respondents have moved to dismiss this appeal for lack of jurisdiction, asserting that it was prematurely filed before the district court resolved all claims pertaining to all the parties in the case below and that the district court has yet to enter a written order resolving appellants' motion for relief from the default judgment and for reconsideration. Appellants oppose the motion, mostly arguing the merits of their appeal but also asserting that (1) the default judgment, which is not certified as final under NRCP 54(b), and which does not resolve claims against defendant/appellant Philip Percival, is final and appealable; and (2) the lack of a written order denying their post-judgment motion for relief from the judgment and for reconsideration is irrelevant. Respondents have filed a reply, again pointing out that no final judgment has been entered.

Having considered the parties' arguments, we grant the motion to dismiss. All claims against defendant/appellant Philip Percival undisputedly remain pending in the district court and the default judgment as to the remaining defendants/appellants was not certified as final under NRCP 54(b). The default judgment is therefore not a final, appealable judgment. See NRAP 3A(b)(1); Lee v. GNLV Corp., 116 Nev. 424, 996 P.2d 416 (2000). Unless an appeal is allowed by statute or court rule, interlocutory orders are not independently appealable but may be challenged only in the context of an appeal from the final judgment.[1]

---

[1]The order denying appellants' previously filed motion to set aside the entries of defaults against them is likewise interlocutory, and thus, unreviewable in the absence of final judgment. Appellants appear to have filed a post-judgment motion seeking relief from the default judgment and reconsideration of their motion to dismiss, but they failed to include a copy of that motion with their docketing statement and they acknowledge that the district court has not entered a written order resolving that motion.

*Consol. Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998). Accordingly, as no final judgment has been entered below, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Douglas W. Herndon, District Judge
     Thomas J. Tanksley, Settlement Judge
     Homeowner Relief Lawyers LLC
     Law Offices of Marilee A. Ryan, LLC
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A